*FLN (Rev. 4/2004) Deficiency Order*  *Page 1 of 1*
*5:97cr24LAC - UNITED STATES OF AMERICA vs. ERIC JONES*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                               Case No.5:97cr24LAC

ERIC JONES

_____

## ORDER

Your document, **MOTION FOR RE-SENTENCING HEARING AND FOR LEAVE TO APPEAR AT HEARING**, was referred to the undersigned with the following deficiencies:

    Motion does not include Rule 7(B) conference certificate as required by NORTHERN DISTRICT OF FLORIDA Local Rules.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

DONE and ORDERED this 28th day of February, 2007.

                                                   *s/L.A. Collier*
                                                   LACEY A. COLLIER
                                                   SENIOR UNITED STATES DISTRICT JUDGE