# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,

vs                                  CASE NO. 5:97cr24

ERIC JONES,
      Defendant.
_____/

## ORDER REDUCING SENTENCE

Defendant's sentence of confinement is hereby reduced from life to 188 months.  In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 26 November 1996 shall remain unchanged.

**ORDERED** this 18th day of May 2007.

                                 *s/L. A. Collier*
                                 LACEY A. COLLIER
                     Senior United States District Judge