AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eric Jones | ) | Case No: 5:97cr24/LAC |
|  | ) | USM No: 03984-017 |
| Date of Previous Judgment: 18 May 2007 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months **is reduced to** __151__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  __32__      Amended Offense Level:  __30__
Criminal History Category:  __V__      Criminal History Category:  __V__
Previous Guideline Range:  __188__ to __235__ months      Amended Guideline Range:  __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain): The previous term of imprisonment imposed, 188 months, was less than the mandatory minimum applicable at the time of the original sentencing as a result of a Rule 35 reduction and was at the low end of the applicable guideline range of 188 to 235 months. The reduced sentence of this order, 151 months, is comparable relative to the amended guideline range of 151 to 188 months.

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __18 May 2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __26 August 2008__                                s/*L.A. Collier*
                                                               Judge's signature

Effective Date: _____                              Lacey A. Collier, Senior U.S. District Judge
(if different from order date)                               Printed name and title